# EXHIBIT A

Filing # 114205158 E-Filed 09/30/2020 02:43:28 PM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

DEVIN LAROCHELLE,

    Plaintiff,

v.                  Case No.:  2020 CA 001820

WALMART, INC.,

    Defendant.

_____/

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}*
*{address(including city and state)/location for service}*

**Date:** 10-29-20 **Time:** 3:00 PM

**C.T. CORPORATION SYSTEM**
**c/o WALMART, INC. (REGISTERED AGENT)**
**1200 SOUTH PINE ISLAND RD.**
**PLANTATION, FL 33324**

Eric Deal    S.P.S. 336

## IMPORTANT

    A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at **301 South Monroe Street, Tallahassee, FL 32301**. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within 40 days after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have 30 days from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

Filing # 114205158 E-Filed 09/30/2020 02:43:28 PM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

DEVIN LAROCHELLE,

    Plaintiff,

v.                          Case No.:   2020 CA 001820

WALMART, INC.,

    Defendant.

_____/

### SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
### ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
### CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name}
{address(including city and state)/location for service}

**C.T. CORPORATION SYSTEM**
**c/o WALMART, INC. (REGISTERED AGENT)**
**1200 SOUTH PINE ISLAND RD.**
**PLANTATION, FL 33324**

### IMPORTANT

    A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at **301 South Monroe Street, Tallahassee, FL 32301**. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within 40 days after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have 30 days from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}*

**SCOTT & WALLACE LLP**
**209 E. BREVARD ST.**
**TALLAHASSEE, FL 32301**

 **Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

 Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: **301 South Monroe Street, Tallahassee, FL 32301**. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

 Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

 Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparecencia a: Nombre y direccion de la parte que entrega la orden de comparecencia: _____

_____

 **Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

 Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointeaupres de ce tribunal. Qui se trouve a: *{L'Adresse}* **301 South Monroe Street, Tallahassee, FL 32301**. Un simple coup de telephone est insuffisant pour vous proteger; vous

etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.



(SEAL)

DATED: _____
GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____  09/30/2020
         Deputy Clerk

Case 4:20-cv-00552-RH-MAF   Document 1-1   Filed 11/30/20   Page 6 of 19

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.     **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>  COUNTY, FLORIDA

<u>Devin LaRochelle</u>
Plaintiff

Case # <u>2020 CA 001820</u>

Judge _____

vs.

<u>Walmart, Inc.</u>
Defendant

II.     **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.     **TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
     ☐ Business governance
     ☐ Business torts
     ☐ Environmental/Toxic tort
     ☐ Third party indemnification
     ☐ Construction defect
     ☐ Mass tort
     ☐ Negligent security
     ☐ Nursing home negligence
     ☐ Premises liability—commercial
     ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
     ☐ Commercial foreclosure
     ☐ Homestead residential foreclosure
     ☐ Non-homestead residential foreclosure
     ☐ Other real property actions

☐Professional malpractice
     ☐ Malpractice—business
     ☐ Malpractice—medical
     ☐ Malpractice—other professional
☒ Other
     ☐ Antitrust/Trade regulation
     ☐ Business transactions
     ☐ Constitutional challenge—statute or ordinance
     ☐ Constitutional challenge—proposed amendment
     ☐ Corporate trusts
     ☒ Discrimination—employment or other
     ☐ Insurance claims
     ☐ Intellectual property
     ☐ Libel/Slander
     ☐ Shareholder derivative action
     ☐ Securities litigation
     ☐ Trade secrets
     ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.      NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>2</u>

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Matthew David MacNamara</u>     Fla. Bar # <u>113002</u>
       Attorney or party                (Bar # if attorney)

<u>Matthew David MacNamara  </u>           <u>09/30/2020</u>
 (type or print name)             Date

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

DEVIN LAROCHELLE,

     Plaintiff,

v.                               Case No.:  2020 CA 001820

WALMART, INC.,

     Defendant.

_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, DEVIN LAROCHELLE, hereby sues Defendant, WALMART, INC., and alleges:

## NATURE OF THE ACTION

1.     This is an action brought under Chapter 760, Florida Statutes.

2.     This is an action for damages in excess of thirty thousand dollars ($30,000), exclusive of interest, costs, and attorney's fees, and is within the jurisdiction of this Court as provided under Florida law.

3.     Venue is proper in this court pursuant to §47.011 and §47.051, F.S., because Plaintiff was employed by Defendant in Leon County, Florida, and a substantial part of the events or omissions giving rise to the claim occurred in this judicial circuit.

## THE PARTIES

4.     At all times pertinent hereto, Plaintiff, DEVIN LAROCHELLE, was employed by Defendant. Plaintiff is a member of a protected class due to his gender and because he engaged in protected activity and was the victim of retaliation thereafter.

5.      At all times pertinent hereto, Defendant, WALMART, INC., has been authorized to conduct business in the state of Florida and employed Plaintiff at a location in Leon County, Florida. For purposes of this action, Defendant is an "employer" as the term is used under the applicable laws identified herein.

## CONDITIONS PRECEDENT

6.      Plaintiff has satisfied all conditions precedent to bringing this action in that Plaintiff filed a complaint of discrimination with the Florida Commission on Human Relations. This action is timely brought thereafter.

## STATEMENT OF THE ULTIMATE FACTS

7.      Plaintiff was hired as a Customer Availability Process Associate at Store #4520 in Tallahassee, Florida, on January 19, 2017. On or about July 1, 2017, Mr. LaRochelle became a Sales Associate in the Meat Department of Store #4520.

8.      On or about June 29, 2018, Plaintiff was called into the office of his Assistant Manager, Christina Rowell, concerning a change in procedure related to his job. His Department Manager, M.J., was also present in the office when he arrived for that meeting.

9.      Prior to this meeting, Ms. Rowell would routinely make sexually suggestive comments to Plaintiff. Plaintiff continuously brushed the comments off and never consented to her sexual behavior towards him.

10.     During this meeting, Ms. Rowell showed Plaintiff an email about the new procedure not being followed properly. Plaintiff asked for a copy of the email to better understand the numbers and Ms. Rowell sent one to the printer and had M.J. leave the office to retrieve it. M.J. came back into the office, gave the email printout to Ms. Rowell, and left.

11.     After M.J. left the room, Ms. Rowell grabbed Plaintiff in a sexual manner and, while sliding her hand up his leg to his genital region, stated, "you're a smart guy Devin, there's a way to make all this trouble go away."

12.     Plaintiff refused this advance and was terminated by Defendant effective immediately.

### Count I – Gender Discrimination (Sexual Harassment)

13.     Paragraphs 1-12 are realleged and incorporated herein by reference.

14.     This is an action against Defendant for discrimination based upon gender brought under The Florida Civil Rights Act, Chapter 760, Florida Statutes.

15.     Plaintiff has been the victim of discrimination on the basis of Plaintiff's gender in that Plaintiff was subjected to sexually harassing behavior, sexual propositions, and treated differently than similarly situated employees of Defendant who are not male on the basis, at least in part, of Plaintiff's gender.

16.     The harassment Plaintiff experienced resulted in adverse employment action taken against him and was sufficiently severe or pervasive to alter the terms and conditions of employment and create a discriminatorily abusive working environment. Furthermore, Defendant knowingly condoned and ratified the treatment of Plaintiff as more fully set forth above.

17.     In essence, the actions of agents of Defendant, which were condoned and ratified by Defendant, were of gender-based nature and in violations of the laws set forth herein.

18.     Defendant's conduct and omissions constitutes intentional discrimination, sexual harassment, and unlawful employment practices based upon gender in violation of the Florida Civil Rights Act.

19.     As a direct and proximate result of the foregoing unlawful acts and omissions, Plaintiff has suffered mental anguish, emotional distress, lost benefits, illness, lost wages, punitive damages and other tangible and intangible damages. The damages are continuing and permanent.

<u>**Count II – Retaliation**</u>

20.     Paragraphs 1-12 are realleged and incorporated herein by reference.

21.     This is an action against Defendant for retaliation brought under The Florida Civil Rights Act, Chapter 760, Florida Statutes.

22.     Plaintiff engaged in protected activity when he rejected his supervisor's sexual advances and propositions.

23.     Plaintiff was terminated from his employment and denied other benefits enjoyed by other employees of Defendant shortly after rejecting his supervisor's sexual advances as more fully set forth above.

24.     The decision to terminate and deny Plaintiff the same benefits enjoyed by other employees of Defendant was based on, in whole or in part, him engaging in protected activity.

25.     As a direct and proximate result of the foregoing unlawful acts and omissions, Plaintiff has suffered mental anguish, emotional distress, lost benefits, illness, lost wages, punitive damages and other tangible and intangible damages. The damages are continuing and permanent.

**PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL**

WHEREFORE, Plaintiff demands a trial by jury on all issues herein that are so triable and demands judgment against Defendant for the following:

(a) that process be issued, and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, and any other equitable relief

4

available to Plaintiff;

(c) enter judgment against Defendant and for Plaintiff awarding all legally-available general, compensatory damages, punitive damages, and economic loss to Plaintiff from Defendant's violations of law and conduct enumerated herein;

(d) enter judgment against Defendant and award Plaintiff attorney's fees and costs;

(e) award Plaintiff interest where appropriate; and

(f) grant such other further relief as being just and proper under the circumstances.

Respectfully submitted this 30th day of September 2020,

/s/ Matthew D. MacNamara
Matthew D. MacNamara (#113002)
Robert M. Scott (#57149)
J. Clint Wallace (#59590)
SCOTT & WALLACE, LLP
209 E. Brevard Street
Tallahassee, Florida 32301
Telephone: (850) 222-7777
Facsimile: (850) 222-7778
matt@scottandwallacelaw.com
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

DEVIN LAROCHELLE,

     Plaintiff,

v.                                Case No.:  2020 CA 001820

WALMART, INC.,

     Defendant.

_____/

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}*
*{address(including city and state)/location for service}*

**C.T. CORPORATION SYSTEM**
**c/o WALMART, INC. (REGISTERED AGENT)**
**1200 SOUTH PINE ISLAND RD.**
**PLANTATION, FL 33324**

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at **301 South Monroe Street, Tallahassee, FL 32301**. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}*

**SCOTT & WALLACE LLP**
**209 E. BREVARD ST.**
**TALLAHASSEE, FL 32301**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: **301 South Monroe Street, Tallahassee, FL 32301**. Una llamada telefonica no lo protegera. Si usted desea que el tribuna l considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointeaupres de ce tribunal. Qui se trouve a: *{L'Adresse}* **301 South Monroe Street, Tallahassee, FL 32301**. Un simple coup de telephone est insuffisant pour vous proteger; vous

etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

(SEAL) 

DATED: _____
GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____   09/30/2020
                    Deputy Clerk



# LEON COUNTY Receipt of Transaction
## Receipt #    1530957

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Matt MacNamara
209 E. Brevard Street
Tallahassee, FL  32301

**On Behalf Of:**

,

On: 9/30/2020  4:48:32PM
Transaction # 100790857
Cashiered by: L WILLIAMS

| CaseNumber  2020 CA 001820 |
|---|

**Judge**   CHARLES W DODSON

**DEVIN LAROCHELLE**  *VS*  **WALMART, INC.**

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total:** | **410.00** | **0.00** | **0.00** | **410.00** | **410.00** | **0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Total:** | **410.00** | **0.00** | **0.00** | **410.00** | **410.00** | **0.00** |

| PAYMENTS |
|---|

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 114205158 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | | **Payments Total:** | **410.00** | **0.00** | **0.00** | **0.00** | **410.00** |

## VERIFIED RETURN OF SERVICE

State of Florida                    County of Leon                    Circuit Court

Case Number: 2020-CA-001820

Plaintiff:
**DEVIN LAROCHELLE**

vs.

Defendant:
**WALMART, INC.,**



VPS2020010035

For:
Matthew David Macnamara
Scott & Wallace
209 E. Brevard Street
Tallahassee, FL 32301

Received by Vause's Process Service on the 28th day of October, 2020 at 4:45 pm to be served on **WALMART, INC. C/O C.T. CORPORATION SYSTEM R/A, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Eric Deal, do hereby affirm that on the **29th day of October, 2020** at **3:00 pm, I:**

CORPORATE: Served the within named corporation/entity WALMART, INC. C/O C.T. CORPORATION SYSTEM R/A by delivering a true copy of the SUMMONS, COMPLAINT AND REQUEST FOR A JURY TRIAL with the date and hour of service endorsed thereon by me to:  Monicka Creary as employee of the Registered Agent (Company) for WALMART, INC. at 1200 S. Pine Island Road, Plantation, FL 33324 and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

**Eric Deal**
SPS 336

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302**
**(850) 656-2605**

Our Job Serial Number: VPS-2020010035
Ref: KIMBERLY

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Filing # 114205158 E-Filed 09/30/2020 02:43:28 PM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

DEVIN LAROCHELLE,

     Plaintiff,

v.                               Case No.:   2020 CA 001820

WALMART, INC.,

     Defendant.

_____/

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}*
*{address(including city and state)/location for service}*

Date: 10-29-20 Time: 3:00 pm

**C.T. CORPORATION SYSTEM**
**c/o WALMART, INC. (REGISTERED AGENT)**
**1200 SOUTH PINE ISLAND RD.**
**PLANTATION, FL 33324**

Eric Deal         S.P.S. 336

**IMPORTANT**

    A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at **301 South Monroe Street, Tallahassee, FL 32301.** A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written

_____

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.