UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:20cv552-RH-MAF

DEVIN LAROCHELLE,

   Plaintiff,

v.

WALMART INC.,

   Defendant.

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

|  |  |
|---|---|
|  | JESSICA J. LYUBLANOVITS |
|  | CLERK OF COURT |
| August 16, 2021 | s/Ronnell Barker |
| DATE | Deputy Clerk: Ronnell Barker |